UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DEMETRIOUS WEST,<br><br>          Petitioner,<br><br>    v.<br><br>GROUNDS, WARDEN,<br><br>          Respondent. | CASE NO. ED CV 13-1369-R (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    April 23, 2014   .

                                         MANUEL L. REAL
                                         UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\west_darryl demetrius judgment.wpd